UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 24-9864-JFW (KS)                                      Date: January 6, 2025

Title   *Kum Nam Lee v. Dept of Justice*

Present: The Honorable:   Karen L. Stevenson, Chief U.S. Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a          Attorneys Present for Defendant: n/a

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On November 18, 2024, Plaintiff, a Los Angeles resident proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. (Dkt. No. 1.) On the same day, the Clerk's Office issued a Notice to Plaintiff that he had not yet paid the appropriate filing fee of $405.00 ("Notice"). (Dkt. No. 2.) The Notice gave Plaintiff two options: pay the filing fee or, "[i]f you are unable to pay the entire filing fee at this time, you must sign and complete this Court's Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60) in its entirety." (*Id.*) The Clerk's Office attached a copy of Form CV-60 to the Notice for Plaintiff's convenience. (*Id.*) The Notice warned Plaintiff that "[i]f you do not respond within THIRTY DAYS from the date of this letter, your case may be dismissed." (*Id.*)

Nearly three weeks have now passed since Plaintiff's response to the Notice was due. To date, Plaintiff has neither paid the filing fee nor submitted the completed CV-60 form with the requisite supporting documentation to proceed without prepayment of filing fees. However, in the interests of justice, the Court will afford Plaintiff one final opportunity to comply with the Clerk's Office Notice.

Accordingly, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than February 5, 2025, why this action should not be dismissed. To discharge this Order and proceed with this case, Plaintiff must either: (1) pay the filing fee in full; or (2) file the completed CV-60 form and the necessary supporting documentation with the Court on or before the February 5, 2025 deadline.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 24-9864-JFW (KS)                                              Date: January 6, 2025

Title  *Kum Nam Lee v. Dept of Justice*

    The Clerk is directed to send Plaintiff another copy of the Central District's form to request to proceed without prepayment of filing fees (CV-60). Plaintiff's failure to timely comply with this Order **WILL** result in a recommendation that this case be dismissed.

    **IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |