Js-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KUM NAM LEE, | ) | NO. CV 24-09864 JFW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DEPT. OF JUSTICE, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 1, 2025

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE